**Slip Op. 01-44**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

---

| | |
|---|---|
| TRANSCOM, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| L & S BEARING COMPANY, | : |
| | : |
| Plaintiff-Intervenor, | : |
| | : |
| v. | :     Court No. 97-02-00249 |
| | : |
| THE UNITED STATES, | : |
| | : |
| Defendant, | : |
| | : |
| THE TIMKEN COMPANY, | : |
| | : |
| Defendant-Intervenor. | : |
| | : |

**J U D G M E N T**

    This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, Transcom Inc., L & S Bearing Company v. United States, 24 CIT ___, 123 F. Supp. 2d 1372 (2000) ("Remand Results"), and Commerce having complied with the Court's remand and no responses to the Remand Results having been submitted by the parties, it is hereby

    **ORDERED** that the Remand Results filed by Commerce on February 23, 2001, are affirmed in their entirety; and it is further

    **ORDERED** that since all other issues have been decided, this case is dismissed.

---

    NICHOLAS TSOUCALAS, Senior Judge

Dated: April 17, 2001
    New York, New York